IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **JOHN TIMOTHY EAGAN, III** | ) | Case No. 12-30525 |
| | ) | |
| Debtor. | ) | |

**INTERIM AND FINAL APPLICATION OF MOON WRIGHT & HOUSTON, PLLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR JOHN TIMOTHY EAGAN, III**

Name of Applicant:   Moon Wright & Houston, PLLC

Authorized to Provide Professional Services to:   John Timothy Eagan, III

Date of Retention:   May 2, 2012

Interim and final approval of fees and expenses is sought from March 2, 2012 through July 31, 2013.

Amount of compensation sought as actual, reasonable, and necessary:   $201,264.50
Amount of expense reimbursement sought as actual, reasonable and necessary:   $ 11,543.11

This is a:   XXXX monthly   _____ interim   _____ final application

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 05/09/12 | 03/02/12 – 04/30/12 | $13,177.50 | $1,185.61 | $13,177.50 | $1,185.61 |
| 06/07/12 | 05/01/12 – 05/31/12 | $7,367.50 | $126.98 | $7,367.50 | $126.98 |
| 07/05/12 | 06/01/12 – 06/30/12 | $14,742.50 | $214.55 | $14,742.50 | $214.55 |
| 08/07/12 | 07/01/12 – 07/31/12 | $16,890.00 | $629.68 | $16,890.00 | $629.68 |
| 08/31/12 | 08/01/12 – 08/29/12 | $10,872.50 | $1,348.56 | $10,872.50 | $1,348.56 |
| 10/03/12 | 08/30/12 – 09/30/12 | $4,590.00 | $216.23 | $4,590.00 | $216.23 |
| 11/08/12 | 10/01/12 – 10/31/12 | $6,017.50 | $192.05 | $6,017.50 | $192.05 |
| 11/30/12 | 11/01/12 – 11/29/12 | $16,607.50 | $1,843.50 | $16,607.50 | $1,843.50 |
| 01/08/13 | 11/30/12 – 12/31/12 | $33,785.00 | $1,442.30 | $33,785.00 | $1,442.30 |
| 02/08/13 | 01/01/13 – 01/31/13 | $15,441.00 | $314.35 | $15,441.00 | $314.35 |
| 03/06/13 | 02/01/13 – 02/28/13 | $16,209.50 | $265.43 | $16,209.50 | $265.43 |
| 04/04/13 | 03/01/13 – 03/31/13 | $3,995.00 | $2,670.76 | $3,995.00 | $2,670.76 |
| 05/07/13 | 04/01/13 – 04/30/13 | $16,491.00 | $741.49 | $16,491.00 | $741.49 |
| 06/07/13 | 05/01/13 – 05/31/13 | $15,910.50 | $172.10 | $15,910.50 | $172.10 |
| 07/09/13 | 06/01/13 – 06/30/13 | $6,225.00 | $117.88 | $6,225.00 | $117.88 |
| 08/13/13 | 07/01/13 – 07/31/13 | $2,942.50 | $61.64 | - Pending - | |

MWH: 10121.001; 00007874.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **JOHN TIMOTHY EAGAN, III** | ) | Case No. 12-30525 |
| | ) | |
| Debtor. | ) | |

## INTERIM AND FINAL APPLICATION OF MOON WRIGHT & HOUSTON, PLLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR JOHN TIMOTHY EAGAN, III

Pursuant to sections 330 and 331 under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Moon Wright & Houston, PLLC ("MWH") hereby requests that this Court award it final allowance of all fees and expenses incurred by MWH during this chapter 11 case from March 2, 2012 through July 31, 2013 in the total amount of $212,807.61. Included in that amount, the sum of $3,004.14 represents fees and expenses for the period July 1, 2013 through July 31, 2013 for which MWH has not yet requested interim approval. In support of this interim and final application (the "Application"), MWH respectfully represents and states as follows:

### BACKGROUND

1. MWH was retained to represent the Debtor as its counsel in connection with this chapter 11 case pursuant to an Order entered by this Court on May 2, 2012. The Order authorized MWH to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

**COMPENSATION TO BE PAID**

2.  All services for which MWH requests compensation were performed for or on behalf of the Debtor.

3.  Attached hereto as <u>Exhibit A</u> is a detailed statement of fees incurred and out-of-pocket disbursements made during the period July 1, 2013 through July 31, 2013 in the total amount of $3,004.14 for which MWH is requesting interim approval.

4.  In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

5.  MWH requests final approval of compensation for all services that were performed for or on behalf of the Debtor in connection with this Chapter 11 case and reimbursement of all out-of-pocket expenses incurred from March 2, 2012 through July 31, 2013 in the total amount of $212,807.61.

**NOTICE**

6.  Notice of this Application has been given to (a) the Bankruptcy Administrator for the Western District of North Carolina, (b) the Debtor's 20 largest unsecured creditors, and (c) those parties requesting notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, MWH requests that the Court grant (a) interim and final allowance of all fees earned and expenses incurred by MWH during this Chapter 11 case in the total amount of $212,807.61, (b) MWH an allowed priority claim under § 503(b)(2), and (c) such other and further relief as this Court may deem just and proper.

Dated: Charlotte, North Carolina
August 13, 2013

                                       MOON WRIGHT & HOUSTON, PLLC

                                       */s/ Travis W. Moon*
Travis W. Moon (Bar No. 3067)
227 W. Trade Street, Suite 1800
Charlotte, North Carolina 28202
Telephone:  (704) 944-6560
*Counsel for the Debtor*