IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **JOHN TIMOTHY EAGAN, III** | ) Case No. 12-30525 |
| | ) |
| Debtor. | ) |

## FINAL REPORT AND ACCOUNTING

The above-referenced Debtor, under Title 11, Chapter 11 in the United States Bankruptcy Court for the Western District of North Carolina, pursuant to the requirement of 11 U.S.C. § 1106(a)(7), now files this final account showing actual disbursements made.

1. TRUSTEE COMPENSATION — N/A

2. ATTORNEY FOR TRUSTEE COMPENSATION — N/A

3. FEES AND EXPENSES OF OTHER PROFESSIONALS
   a. Attorney for the Debtor         $113,137.21
   b. Attorney for Creditors' Committee     N/A
   c. Other Professionals (Specify)
      The Finley Group, Financial Advisor   $ 15,475.00
      Edward P. Bowers, Examiner            $ 12,098.75

   TOTAL FEES AND EXPENSES OF OTHER PROFESSIONALS
   (Totals of 3a through 3c) — $140,710.96

4. PAYMENTS TO SECURED CREDITORS — $ 12,000.00

5. PAYMENTS TO PRIORITY CREDITORS (Including 507(a) Administrative Claims) — $ 21,136.24

6. PAYMENTS TO UNSECURED CREDITORS — $792,445.58

7. PAYMENTS TO EQUITY SECURITY HOLDERS — $ 0.00

8. OTHER DISTRIBUTIONS (Include surplus returned to Debtor) — $ 0.00

TOTAL GROSS CASH RECEIPTS
(Total of lines 1, 2, 3, 4, 5, 6, 7 & 8) — $966,292.78

Percentage paid or to be paid to Unsecured Creditors: 6.5%

MWH: 10121.001; 00008274.1

WHEREFORE, the Debtor submits this final account on this the 15th day of October, 2013.

          MOON WRIGHT & HOUSTON, PLLC

          */s/ Richard S. Wright*
          Richard S. Wright (Bar No. 24622)
          227 West Trade Street, Suite 1800
          Charlotte, North Carolina 28202
          Telephone: (704) 944-6560
          *Counsel for the Debtor*